IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR205 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL VILLALPANDO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        The Court has been advised that defendant wishes to
enter a plea in the above matter.  Accordingly,

        IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, October 6, 2006, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse,
Omaha, Nebraska, or as soon thereafter as may be called by the
Court.  The parties need additional time to finalize plea
negotiations.  Therefore, the ends of justice will be served by
continuing this case and outweigh the interests of the public and
the defendant in a speedy trial.  The additional time between
August 28, 2006, and October 6, 2006, shall be deemed excludable
time in any computation of time under the requirement of the
Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

        DATED this 31st day of August, 2006.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                          LYLE E. STROM, Senior Judge
                          United States District Court