IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR205 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL VILLALPANDO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after a final disposition hearing was held on September 4, 2014, on the petition for warrant or summons for offender under supervision (Filing No. 101). The defendant was present and represented by Michael F. Maloney, Assistant Public Defender. Plaintiff was represented by Martin J. Convoy IV.

The defendant admitted Allegation 1 of the petition. The Court found defendant to be in violation of the conditions of his supervised release. The United States moved to dismiss Allegation 2.

IT IS ORDERED:

1) Defendant is sentenced to time served with no further supervised release to follow.

2) Allegation 2 of the petition is dismissed.

DATED this 4th day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court